UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DELIA GARCIA-PINEDA,<br><br>    Defendant. | Case No. 1:12-cr-21-BLW<br><br>**AMENDED JUDGMENT** |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to reduce sentence for defendant Delia Garcia-Pineda (docket no. 330) is GRANTED.

IT IS FURTHER ORDERED, that the Judgment (docket no. 283) be AMENDED to STRIKE the term of imprisonment of 37 months and SUBSTITUTE a term of imprisonment of 27 months.

DATED: February 12, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court